Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case |
| UNION LUMBER COMPANY, ) | No. 15-31810-rld11 |
| ) | |
| Consolidated Debtor. ) | |
| _____ ) | |
| ) | Bankruptcy Case |
| MACE A. CADWELL, ) | No. 15-31811-rld11 |
| SHERRY A. CADWELL, ) | |
| ) | ORDER GRANTING |
| Consolidated Debtors. ) | MOTIONS TO DISMISS |
| _____ ) | |

The court having granted the United States Trustee's motion to expedite consideration, a hearing ("Hearing") was held on June 4, 2015, on the motions to dismiss these jointly administered cases ("Motions") filed by the United States Trustee.

For the reasons stated on the record at the Hearing, it is hereby

ORDERED that the Motions hereby are GRANTED.

###

Page 1 - ORDER GRANTING MOTIONS TO DISMISS

cc: Rene Erm
    Bennett Goldstein
    Joseph Van Leuven
    Kathleen Bickers
    United States Trustee

Page 2 - ORDER GRANTING MOTIONS TO DISMISS