Below is an Order of the Court.

_Randall L. Dunn_
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: | ) Bankruptcy Case No. |
| | ) 15-31810-rld11 |
| Union Lumber Company, | ) |
| | ) |
|       Consolidated Debtor, | ) |
| _____ | ) |
| | ) Bankruptcy Case No. |
| Mace A. Cadwell, | ) 15-31811-rld11 |
| Sherry A. Cadwell, | ) |
| | ) ORDER DENYING MOTION TO |
|       Consolidated Debtors. | ) REOPEN CASES |
| _____ | ) |

After argument of the parties at the hearing held July 20,

2015, on the debtors' Motion for Order Reopening Closed Case ("Motion to

Reopen"), and based on the findings of fact and conclusions of law stated

on the record, it is

ORDERED that the Motion to Reopen is DENIED.

# # #

cc: Rene Erm
    Bennett Goldstein
    Joseph Van Leuven
    Kathleen Bickers
    U.S. Trustee

Page 1 -  ORDER DENYING MOTION TO REOPEN