Rene Erm II
Rene Erm II, P.L.L.C.
6 E. Alder, Suite 317
Walla Walla, WA 99362
509-529-2200
509-529-2202 (facsimile)
rene@ermlawoffice.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re: | Case No. 15-31810-rld11 (Lead Case) |
| UNION LUMBER COMPANY, INC. | THE FOLLOWING CASE IS JOINTLY ADMINISTERED WITH 15-31811-rld |
| Debtor. | |
| MACE A. CADWELL<br>SHERRY A. CADWELL | Case No. 15-31811-rld11 |
| Debtors | WITHDRAWAL OF MOTION TO REOPEN CLOSED CASE |

COMES NOW Union Lumber Company, Inc, and Mace and Sherry Cadwell, the debtors in these jointly administered cases, and WITHDRAW the Motion to Reopen Closed Case filed on November 9, 2015 as docket number 81.

DATED this 19th day of November, 2015.

RENE ERM II, P.L.L.C.

/s/ *Rene Erm II*

_____
Rene Erm II, OSB 961454
Attorney for Debtor

- 1  WITHDRAWAL